**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT GREENVILLE**

| | | |
|---|---|---|
| KRISTIE JOHNSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | |
| | ) | **CIVIL ACTION NO.** |
| ENCORE CAPITAL GROUP, INC., MIDLAND | ) | **2:12-cv-00107** |
| FUNDING LLC, MIDLAND CREDIT | ) | |
| MANAGEMENT, INC., SUZANNE | ) | |
| DUMONCEAUX and HOSTO, BUCHAN & | ) | |
| PRATER, PLLC, | ) | |
| | ) | |
| **Defendants.** | ) | |

## CORPORATE INTEREST DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Encore Capital Group, Inc., Midland Funding, LLC and Midland Credit Management, Inc. certify to the best of my knowledge and belief:

   _____      My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1* or *Federal Rule of Criminal Procedure 12.4*.

   X      My client has the following parent corporation(s):

             Encore Capital Group, Inc.

   X      The following publicly held corporation(s) own 10% or more of my client's stock:

             Encore Capital Group, Inc. is a publicly traded company on the NASDAQ and trades under NASDAQ symbol ECPG. There are no other publicly held corporations owning 10% or more of Defendants' stock.

            Respectfully submitted,


            *s/ R. Frank Springfield*
            Alan D. Leeth (BPR # 022358)
            R. Frank Springfield (BPR # 025833)
            John Nefflen (BPR # 20226)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
aleeth@burr.com
fspringf@burr.com

BURR & FORMAN, LLP
700 Two American Center
3102 West End Ave.
Nashville, TN 37203
Telephone: (615) 724-3237
Facsimile: (615) 724-3337
jnefflen@burr.com

Attorneys for Defendants
ENCORE CAPITAL GROUP, INC., MIDLAND FUNDING,
LLC, MIDLAND CREDIT MANAGEMENT, INC. AND
SUZANNE DUMONCEAUX

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing, or, if the party served does not participate in Notice of Electronic Filing, by U.S. First Class Mail, hand delivery, fax or email on this the 19th day of June, 2012:

Everett Mechem
220 Broad Street, Suite 206
Kingsport, TN 37660
everett@mechemlaw.com

*s/ R. Frank Springfield*
OF COUNSEL